IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

AMANDA LEIGH FOUREZ

2:26-cr-00064-CCW-1

**MINUTE ENTRY**
**APRIL 15, 2026 WAIVER AND PLEA HEARING**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:

Emily Stone, AUSA

Kelly Locher, AUSA

Appearing for Defendant:

Jake Morrison, AFPD.

| | | | |
|---|---|---|---|
| Hearing Began: | 10:05 a.m. | Adjourned to: | Not Applicable |
| Hearing Ended: | 10:59 a.m. | Stenographer: | Sharon Siatkowski |
| | | Law Clerk: | Marie Nercessian |

The Court held a waiver and plea hearing in the above-captioned case.

Defendant waived indictment and executed a waiver; Plea Agreement introduced; Defendant pled guilty to Counts 1 & 2 of the Information; Defendant to remain on bond pending Sentencing.

Appropriate orders will follow.

cc (via ECF email notification):
All Counsel of Record